# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### JOHNSTOWN DIVISION

UNITED STATES OF AMERICA                )
                                        )
                                        )

Plaintiff(s)

vs.

BRIAN GIDNEY                            )        3:20-cr-7
                                        )
                                        )
                                        )

Defendant(s)

**HEARING ON**   Arraignment and Detention Hearing
                 6/19/2020 at 3:30 p.m.

Before Judge   Keith A. Pesto

Maureen Sheehan-Balchon
Arnold Bernard, AUSA                    Komron Maknoon, Esq.

Appear for Plaintiff                    Appear for Defendant

Hearing began   3:20 pm                 Hearing adjourned to
                                        Stenographer
Hearing concluded C.A.V.  3:50 pm       Shirley Hall

Witness: Lech Welker (by Zoom)          Willa Islar, ATF (by Zoom)

(1) NG, jury   arraignment — see arraignment sheet

(D)   Detention hearing — detained pending trial